IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No. 05-cv-00974-WYD-PAC

JOHNNY CANDIDO MANSOLO,

    Applicant,

v.

H. A. RIOS JR., Warden,

    Respondent.

---

ORDER FOR RESPONDENT TO PROVIDE
USMS PRISONER TRACKING SYSTEM RECORD
AND APPLICANT'S CURRENT ADDRESS

---

    Respondent refers to a United States Marshals Service (USMS) Prisoner Tracking System Record that indicates the USMS only took temporary custody of Applicant on May 28, May 30, August 29-30, and November 7, 1996, pursuant to the writ of habeas corpus ad prosequendum issued by the United States District Court for the Western District of Texas (Western District of Texas) during Applicant's federal criminal proceedings.  Nonetheless, Respondent fails to provide a copy of the Record and, furthermore, refers to dates including August 29-30 that do not coincide with the Western District of Texas' Docket, as to when Applicant appeared before that court.

    Respondent also is directed to confirm Applicant's current location within the United States Bureau of Prisons (BOP) and provide a proper mailing address.

Applicant provided a notice of change of address on August 1, 2005, indicating that he had been relocated to Beaumont, Texas. The Court notes that in accordance with the BOP's inmate locator database he currently is housed at USP Leavenworth. Therefore, it is

ORDERED that Respondent shall provide to the Court, within twenty days of the date of the instant Order, a copy of the USMS Prisoner Tracking System Record, as it pertains to the USMS's custody of Applicant during the time from May 14, 1996, until December 12, 1996. It is

FURTHER ORDERED that Respondent shall confirm Applicant's current location within the United States Bureau of Prisons and a correct mailing address.

Dated:  December 6, 2005

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge